**The People of the State of Illinois ex rel. Alice Hoffman, appellee, v. John Joseph Courts, appellant. Gen. No. 38,818.**

Opinion filed July 7, 1936.

Pomeroy & Colitz, for appellant; Paul F. Pomeroy, of counsel. Thomas J. Courtney, State's Attorney, for appellee; Edward E. Wilson, Richard H. Devine, Melvin S. Rembe and John T. Gallagher, Assistant State's Attorneys, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

**Richard Newton, administrator of the estate of Josephine Newton, deceased, appellee, v. Metropolitan Life Insurance Company, appellant. Gen. No. 38,839.**

Matchett, P. J., dissents. Opinion filed July 7, 1936.

Hoyne, O'Connor & Rubinkam, for appellant; Nathaniel Rubinkam and William S. Allen, of counsel. Henry C. Ferguson and David H. Bowen, for appellee; Henry C. Ferguson, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

**William E. Wilson, administrator of the estate of Alexander Krauchunis, deceased, appellant, v. Chicago and Western Indiana Railroad Company, appellee. Gen. No. 38,914.**

Opinion filed July 7, 1936.

Earl J. Walker, for appellant. John A. Bloomingston and Barse, Kassel & Gillen, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.